DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Martin Anderson**

      **Plaintiff,**

vs.                                                                  Civil No. 06-cv-53-HO

**Commissioner of Social Security**

      **Defendant.**

**ORDER GRANTING AWARD
OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for attorney's fees in the amount of **$6332.59** for total in the amount of **$6332.59**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 21st day of Dec., 2006.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**